# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

ROY CHAMBERS, JR.,      )
                              )
     Plaintiff,         )
                              )
v.                         )       CV424-184
                              )
GEORGIA DEPARTMENT OF  )
CORRECTIONS, *et al.*,     )
                              )
     Defendants.      )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 9, to which no objections have been filed. The Court, therefore, **ADOPTS** the Magistrate Judge's Report and Recommendation. Doc. 9. Plaintiff's Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED** this _23_ day of September, 2025.

                                     HON. LISA GODBEY WOOD, JUDGE
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF GEORGIA