**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| ROY CHAMBERS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-184 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et.al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 16, to which Plaintiff has objected, doc. 17. The Magistrate Judge recommends the Court deny Plaintiff's Motion to Reconsider and Vacate Judgment, doc. 13, considered either as a Motion for Reconsideration under Federal Rule of Civil Procedure 59(e) or as a Motion for Relief from Judgment under Rule 60(b). Doc. 16 at 2-6. Plaintiff's objection to the Report and Recommendation concedes that his objections to the prior Report and Recommendation were untimely and concedes that the Magistrate Judge identified the appropriate statutory and Eleventh Circuit authority

governing his Motion. Doc. 17 at 1. He asks that the Court consider the "circumstances" and reach a different result than the one recommended by the Magistrate Judge. *See generally id.* The Court has reviewed Plaintiff's Motion, doc. 13, the Magistrate Judge's Report and Recommendation, doc. 16, and Plaintiff's Objections, doc. 17, and considering all of the circumstances finds that Plaintiff has not demonstrated his entitlement to relief under either Rule 59(e) or Rule 60(b). The Court, therefore, **ADOPTS** the Magistrate Judge's Report and Recommendation. Doc. 16. Plaintiff's Motion to Reconsider and Vacate Judgment is **DENIED**. Doc. 13. This case stands closed.

**SO ORDERED** this 15 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA